# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LESLIE SMITH,<br><br>Petitioner,<br><br>v.<br><br>MR. G. GUTIERREZ, Warden,<br><br>Respondent. | Case No. 2:21-cv-01213-GW-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court overrules Petitioner's objections and accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (a) dismissing Petitioner's claims involving medical treatment at FCI Lompoc without prejudice to Petitioner's right to file an action pursuant to Bivens; and (b) dismissing the remaining claims for lack of jurisdiction.

DATED: August 2, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE