JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LESLIE SMITH,<br><br>Petitioner,<br><br>v.<br><br>MR. G. GUTIERREZ, Warden,<br><br>Respondent. | Case No. 2:21-cv-01213-GW-AFM<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of CHRISTOPHER LESLIE SMITH, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is dismissed as follows: (a) Petitioner's claims concerning medical treatment at FCI Lompoc are dismissed without prejudice to Petitioner's right to file an action pursuant to *Bivens*; and (b) the remaining claims are dismissed for lack of jurisdiction.

DATED: August 2, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE